UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
AUDRE LORDE PROJECT, INC., and       :
ELIZABETH RIVERA,
                                      :     07 Civ. 5831 (WHP)
                    Plaintiffs,
                                      :     ORDER
       -against-
                                      :
THE CITY OF NEW YORK,
                                      :
                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

Plaintiffs' motion for preliminary injunctive relief is granted on consent. A parade permit shall issue permitting a march by Plaintiffs on June 22, 2007 subject to the specific route and conditions agreed to among the parties on the record at a hearing in open court on June 21, 2007.

Dated:  June 21, 2007
        New York, New York

                                          SO ORDERED:

                                          _____
                                          WILLIAM H. PAULEY III
                                          U.S.D.J.