UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DATE FILED: 06/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

AUDRE LORDE PROJECT, INC., and
ELIZABETH RIVERA,

                     Plaintiffs,

        -against-

THE CITY OF NEW YORK,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

:    07 Civ. 5831 (WHP)

:    ORDER

WILLIAM H. PAULEY III, District Judge:

       Plaintiffs' motion for preliminary injunctive relief is granted on consent. A parade permit shall issue permitting a march by Plaintiffs on June 22, 2007 subject to the specific route and conditions agreed to among the parties on the record at a hearing in open court on June 21, 2007.

Dated: June 21, 2007
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.