USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
AUDRE LORDE PROJECT et al,                    :
                           Plaintiffs,     :
      -against-
                                       :
CITY OF NEW YORK,
                           Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 5831

ORDER

WILLIAM H. PAULEY III, District Judge:

       For the reasons set forth on the record on June 20, 2007, the Clerk of Court is directed to mark this case closed.

Dated: August 31, 2007
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

David Rankin, Esq.
350 Broadway
Suite 700
New York, NY 10013
*Counsel for Plaintiffs*

Nadia Rivera, Esq.
New York Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendant*